UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LUCIANO RAMOS DURAN,

*Plaintiff,*

– against –

CENTRAL TRANSPORT, LLC, FERVIUS
JEFFERSON, AND TINI SANCHEZ
ROCA

*Defendants.*

**ORDER**
23-cv-09115 (NCM) (PCG)

**NATASHA C. MERLE**, United States District Judge:

This Court has received the Report and Recommendation ("R&R") dated April 24, 2026, from the Honorable Peggy Cross-Goldenberg, United States Magistrate Judge. ECF No. 37. No objections have been filed.

The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Park v. Kim*, No. 20-cv-02636, 2022 WL 3643966, at *2 (E.D.N.Y. Aug. 24, 2022), *aff'd*, 91 F.4th 610 (2d Cir. 2024). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-cv-0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

1

Accordingly, the parties' joint stipulation is SO ORDERED, ECF No. 35, and the matter is remanded to the Supreme Court of the State of New York, County of Queens.

**SO ORDERED.**

__/s/Natasha C. Merle____
NATASHA C. MERLE
United States District Judge

Dated:        May 12, 2026
              Brooklyn, New York